

June 11, 2019

**VIA ECF**
Clerk of the Court
United State District Court
District of New Jersey

Re: Thomas v. Permafloor, LLC et al
1:19-cv-13415-NLH-JS

To the Clerk of the Court:

Please be advised that our office represents Plaintiff in the above referenced matter. In accordance with the Clerk's Quality Control Message received on June 10, 2019 please see the last known addresses for the parties as follows:

- Andrew Thomas - 590 Lower Landing Road, #63B, Blackwood, NJ 08012

- Permafloor, LLC - 4 Ridge Road, Southampton Township, NJ 08088

- Permafloor Southeast, LLC - 4 Ridge Road, Southampton Township, NJ 08088

- Permafloor Keystone, Inc. - 4 Ridge Road, Southampton Township, NJ 08088

- Drew (last name unknown) - address unknown

- Jason Hiecke - 117 Laurel Lane, Southampton, NJ 08088

- Christopher Roswell - 160 Mohawk Trail, Medford, NJ 08055


Please let me know if you need any additional information.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

/s/

Zachary Holzberg, Esq.