UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW THOMAS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PERMAFLOOR, LLC; PERMAFLOOR SOUTHEAST, LLC;  PERMAFLOOR KEYSTONE, INC.; DREW (last name unknown), individually; JASON HIECKE, individually, and CHRISTOPHER ROSWELL, individually,<br><br>　　　　Defendants. | Civil Case No. 1:19-CV-13415-NLH<br><br>CIVIL ACTION |

**DEFENDANT, PERMAFLOOR KEYSTONE, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant, Permafloor Keystone, Inc. provides the Court with this Corporate Disclosure Statement:

Defendant, Permafloor Keystone, Inc. has no parent corporation, nor does any domestically owned publicly held corporation own 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　　　　　　　COLEMAN & GOGGIN

Dated:  7-11-19　　　　　　　By: */s/ Lawrence Berg*
　　　　　　　　　　　　　　　　(Electronic signature for E-Filing purposes)
　　　　　　　　　　　　　　　　LAWRENCE BERG, ESQUIRE
　　　　　　　　　　　　　　　　15000 Midlantic Drive, Suite 200
　　　　　　　　　　　　　　　　Mount Laurel, NJ 08054
　　　　　　　　　　　　　　　　☎856-414-6000　　🖷856-414-6077
　　　　　　　　　　　　　　　　✉ lbberg@mdwcg.com
　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　Permafloor Keystone, Inc., Permafloor, LLC
　　　　　　　　　　　　　　　　and Christopher Roswell
　　　　　　　　　　　　　　　　Our file no. 21256-01626