**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax  (856) 414-6077
*Richard L. Goldstein, Resident Managing Attorney*

Direct Dial:  (856) 414-6031
Email:  lbberg@mdwcg.com

PENNSYLVANIA — Allentown, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
NEW JERSEY — Mount Laurel, Roseland
DELAWARE — Wilmington
OHIO — Cincinnati, Cleveland
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK — Long Island, New York City, Westchester

June 10, 2020

**VIA ECF**

Magistrate Joel Schneider, U.S.M.J
United States District Court of New Jersey
Mitchell H. Cohen US Courthouse
1 John F. Gerry Plaza
Camden, NJ  08101

     RE:    Thomas, Andrew v. Permafloor, LLC
             Docket No.:    C.A. No. 1:19-cv-13415-NLH-JS
             Our File No.:    21256.01626

Dear Judge Schneider:

    I represent certain of the defendants with regard to the above-referenced matter and I am writing in follow-up to the telephone Case Management Conference which took place on June 8, 2020.

    Specifically, the parties have agreed to submit this matter to Mediation, although we may not have been clear in that the Mediation is actually scheduled to take place on July 23, 2020 at 2:00 p.m.  The Court has presently scheduled the case for a follow-up telephone Case Management Conference on July 23, 2020 at 11:00 a.m. or which is the morning on the date when the Mediation is scheduled to occur.

    I would respectfully request that the Court adjourn the July 23, 2020 telephone Conference at 11:00 a.m. and that the Conference take place on a date the Court deems appropriate following the completion of the Mediation on July 23, 2020.

                                     Respectfully submitted,

                                     */s/ Lawrence Berg*

                                     Lawrence Berg

LBB:mzs

Magistrate Joel Schneider, U.S.M.J
June 10, 2020
Page 2

_____

cc:  Zack Holzberg, Esquire  (via ECF)
     Cathleen Kelly Rebar, Esquire  (via ECF)
     Patrick J. Healey, Esquire  (via ECF)
     Carianne P. Torrissi, Esquire  (via ECF)

LEGAL/130526716.v1