

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077
*Richard L. Goldstein, Resident Managing Attorney*

Direct Dial:  (856) 414-6031
Email:  lbberg@mdwcg.com

February 15, 2021

**VIA ECF**

Magistrate Joel Schneider, U.S.M.J
United States District Court of New Jersey
Mitchell H. Cohen US Courthouse
1 John F. Gerry Plaza
Camden, NJ  08101

> RE:   Thomas, Andrew v. Permafloor, LLC
> Docket No.:    C.A. No. 1:19-cv-13415-NLH-JS
> Our File No.:   21256.01626

Dear Judge Schneider:

I represent certain of the defendants with regard to the above-referenced matter.

The case is scheduled for a Case Management Conference on February 22, 2021 at 11:00 a.m.  I am pleased to report that the case has been tentatively resolved and I would therefore request that the Conference be adjourned while the parties complete the necessary documents.

I anticipate filing a Stipulation of Dismissal With Prejudice as to all claims in the near future.

When possible, I would appreciate if you would let me know if this request has been granted.

Very truly yours,

/s/ *Lawrence Berg*

Lawrence Berg

LBB:mzs - LEGAL/136123044.v1

cc:  Zack Holzberg, Esquire (zachary@dereksmithlaw.com)
    Patrick J. Healey, Esquire  (phealey@rebarkelly.com)
      Mark J. Molz, Esquire (molzlaw@aol.com)