## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW THOMAS<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PERMAFLOOR, LLC; PERMAFLOOR SOUTHEAST, LLC;   PERMAFLOOR KEYSTONE, INC.; DREW (last name unknown), individually; JASON HIECKE, individually, and CHRISTOPHER ROSWELL, individually,<br><br>　　　　　Defendants,<br>And<br><br>JASON HIECKE<br><br>　　　　　Third-party Plaintiff/<br>　　　　　Counterclaimant,<br><br>vs.<br><br>ANDREW THOMAS, PERMAFLOOR, LLC; PERMAFLOOR KEYSTONE, INC., HOWARD ACKERMAN, CHRIS ROSWELL, DOMINIC WATSON, and/or John Doe 1-10, individually, jointly and severally<br><br>　　　　　Defendant on the<br>　　　　　Counterclaim/Third-Party<br>　　　　　Defendants. | Civil Case No. 1:19-CV-13415-NLH<br><br>CIVIL ACTION |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　IT IS HEREBY STIPULATED AND AGREED, by and between all parties that this matter shall be and is hereby DISMISSED with prejudice, with each party bearing its own fees and costs.

LEGAL/136134876.v1

/s/  Zachary Holzberg
_____
ZACHARY HOLZBERG, ESQUIRE
Attorney for Plaintiff Andrew Thomas


/s/ Patrick Healey
_____
PATRICK J. HEALEY, ESQUIRE
Attorney for Defendant Jason Hiecke


/s/ Mark J. Molz
_____
MARK J. MOLZ, ESQUIRE
Attorney for third-Party Plaintiff Jason Hiecke


/s/ Lawrence Berg
_____
LAWRENCE BERG, ESQUIRE
Marshall, Dennehey
15000 Midlantic Drive, Suite 200
Mount Laurel, NJ 08054
(856) 414-6000 Phone
(856) 414-6077 Fax
lbberg@mdwcg.com
Attorney for Defendants, PermaFloor, LLC, PermaFloor Keystone, Inc., Roswell, Ackerman and Watson


DATED: 3/8/21